Homeland Security Investigations
SAC Nashville
501 Brick Church Park Drive
Nashville, TN 37207

U.S. Immigration and Customs Enforcement

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Google LLC<br>Google Legal Investigations Support<br>Subpoena Compliance<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043<br>844-383-8524 | **Date:** | 1/5/2024 |
| | | **Service Methods:** | Web Portal |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | USLawEnforcement@google.com |
| | | **Agent Phone:** | (513) 814-5133 |
| | | **Agent Email:** | Melanie.Dry@ice.dhs.gov |
| **From:** | Melanie Dry | | |

☐ **Urgent** ☒ **Action** ☐ **Concurrence** ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-CN-2024-022478-001

Please respond by 1/19/2024 8:00 AM

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Google Legal Investigations Support<br>Subpoena Compliance<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
| Summons Number: HSI-CN-2024-022478-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| | | |
|---|---|---|
| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| **(B)** | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Melanie Dry<br>Special Agent<br>207 Grandview Dr - Room 200<br>Ft. Mitchell, KY 41017<br>United States | Telephone<br><br>(513) 814-5133<br>Fax | 1/19/2024 8:00 AM |
| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. | | | |

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| | |
|---|---|
| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Melanie Dry | 5. Date of issue - 1/5/2024 4:56 PM EST<br><br>By: |
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name: Rana Saoud<br>Title: Special Agent in Charge<br>Address: Homeland Security Investigations<br>501 Brick Church Park Drive<br>Nashville, TN 37207-3219<br>United States<br><br>Telephone: (615) 664-5502 |

Digitally Signed by: 'E=Title-IIISupport@hsi.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2024.01.05 21:56:34 +00:00

| 1. | To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Google Legal Investigations Support<br>Subpoena Compliance<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|---|

Summons Number: HSI-CN-2024-022478-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

| | |
|---|---|
| ☐ | **<u>Child Exploitation</u>:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Pursuant to a criminal investigation being conducted by the Department of Homeland Security, Homeland Security Investigations (HSI), it is requested that you provide any and all subscriber information, to included the account number, associated with the
following Google account:

Name: Serafin Bayona Bayona
Google Account: casanuebas1989@gmail.com

Please see the attached non-disclosure order. Disclosure of the existence of this summons will not only jeopardize the ongoing investigation, but may also jeopardize the safety of victims in this case.

**<u>Method of Response:</u>**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Melanie Dry at Melanie.Dry@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Melanie Dry at U.S. Immigration and Customs Enforcement:
207 Grandview Dr - Room 200 , Ft. Mitchell, KY, 41017

If you have questions, please contact Special Agent Melanie Dry at (513) 814-5133.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**