# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| IN RE:<br>ADMINISTRATIVE SUBPOENA NO.<br>HSI-CN-2024-018199-001 | Case No. 24-MJ-5009-MAS<br><br>**Filed Under Seal** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC ("Google"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the subpoena) of the existence of the attached subpoena for a period of one year, which may be extended by further motion.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b). A term of one year is reasonable given the demands of the investigation.

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, which may be extended by

further order of the Court, except that Google may disclose the attached subpoena to an attorney for Google for the purpose of receiving legal advice.

    IT IS FURTHER ORDERED that the application and this Order are sealed for a period of one year from the date of this Order.

    Entered this 9th day of January, 2024.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY